983 So.2d 922 (2008)
WILLIS KNIGHTON MEDICAL CENTER
v.
Bobby W. EDMISTON, Assessor, Bossier Parish, Louisiana, et al.
No. 2008-C-0831.
Supreme Court of Louisiana.
June 6, 2008.
In re Bossier, City of; Edmiston, Bobby W. Assessor; Deen, Larry C. Sheriff;  Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Bossier, 26th Judicial District Court Div. D, Nos. 113,513, 116,163, 119,065; to the Court of Appeal, Second Circuit, No(s). 43,106-CA, 43,107-CA, 43,108-CA.
Denied.